| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Kathleen M. | Southern District of Florida | 11/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

400 North Miami Avenue
Room 11-3
Miami, FL 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Credit/Charge Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Technologies (UTX) | D | Dividend | O | T | | | | | |
| 2. ATT (T) | C | Dividend | L | T | | | | | |
| 3. Edison (EIX) | A | Dividend | K | T | | | | | |
| 4. Lockheed Martin (LMT) | B | Dividend | L | T | | | | | |
| 5. IBM | A | Dividend | K | T | | | | | |
| 6. Princ Preferred Securities (PRFCX) | C | Int./Div. | L | T | | | | | |
| 7. Nationwide Fixed Annuity | | None | N | T | | | | | |
| 8. Wells Fargo Money Sweep | A | Interest | J | T | | | | | |
| 9. Hospitatity 7.125% Preferred | B | Dividend | | | Sold | 02/10/17 | L | A | |
| 10. WELLS FARGO MANAGED ASSET ACCOUNT HOLDINGS BELOW | | | | | | | | | |
| 11. FTIXX-GSachs Treasury Instruments | A | Interest | J | T | Sold (part) | 01/13/17 | J | A | |
| 12. | | | | | Sold (part) | 04/13/17 | J | A | |
| 13. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 14. | | | | | Sold (part) | 10/13/17 | J | A | |
| 15. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 16. MEDIX-MFS Emerg Mkt Debt | A | Int./Div. | K | T | | | | | |
| 17. OIBYX-Oppenheimer Intl Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ORIYX-Oak Ridge Small Cap | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 19. AEPFX-American Euro-Pacific Grth | A | Int./Div. | K | T | | | | | |
| 20. BLRYX-Brookfield Inv Fund | A | Int./Div. | K | T | | | | | |
| 21. Cohen & Steers Rlty (CSRSX) | A | Dividend | J | T | | | | | |
| 22. Credit Suisse Commodity (CRSOX) | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 23. Diamond Hill Large Cap (DHLRX) | A | Dividend | K | T | Sold (part) | 04/13/17 | J | A | |
| 24. John Hancock FDS III (JGYIX) | A | Dividend | J | T | | | | | |
| 25. Lord Abbett Value FUND (LVOYX) | A | Dividend | K | T | | | | | |
| 26. MFS Municipal Fnd (MMIIX) | A | Interest | K | T | | | | | |
| 27. MFS VALUE Fnd (MEIIX) | A | Dividend | K | T | | | | | |
| 28. Noveen Mon. Trust (NUVBX) | A | Interest | K | T | Sold (part) | 10/19/17 | J | A | |
| 29. Wells Fargo Emerging Markets (EMGNX) | A | Dividend | K | T | | | | | |
| 30. JPMorgan Large Cap (SEEGX) | A | Dividend | J | T | | | | | |
| 31. Prudential Mid-Cap (PEGZX) | A | Dividend | J | T | | | | | |
| 32. T. Rowe Price Mun. Funds (PRINX) | A | Interest | K | T | | | | | |
| 33. T. Rowe Price Mun. Inter Fnd (PRSMX) | A | Interest | K | T | | | | | |
| 34. T. Rowe Price Tax Free (PRFSX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price Blue Chip (TRBCX) | A | Dividend | K | T | Sold (part) | 07/14/17 | J | A | |
| 36. Brown Adv Small Cap (BAFSX) | A | Dividend | K | T | Buy | 08/28/17 | K | | |
| 37. PIMCO FDS Pac Invst | A | Dividend | J | T | Buy | 08/29/17 | K | | |
| 38. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Kathleen M.** | 11/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII. INVESTMENTS AND TRUSTS, Line 25:  Lord Abbett Value Fund (LVOFX) changed its listing and is now known as Lord Abbett Value Fund (LVOYX).

Amended line 7 of Section VII to reflect status of Nationwide Annuity as Fixed.

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544